UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL 30 AM 10:03
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIF.

**UNITED STATES OF AMERICA,** )
              Plaintiff, ) Magistrate Case No. 08-MJ2326
              v. ) COMPLAINT FOR VIOLATION OF
**Rene VARGAS-Rodriguez** ) Title 8, U.S.C., Section
) 1324(a)(2)(B)(iii)-
) Bringing in Illegal Aliens
              Defendant. ) Without Presentation

The undersigned complainant being duly sworn states:

On or about **July 29, 2008**, within the Southern District of California, **Rene VARGAS-Rodriguez (Defendant)**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Daniel Ramon SANCHEZ-Escalante (Material Witness)** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

SIGNATURE OF COMPLAINANT
Alfredo Loperena, Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence, this **30th** day of **July, 2008.**

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that **Daniel Ramon SANCHEZ-Escalante** is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On July 29, 2008, at approximately 2:30 a.m., **Rene VARGAS-Rodriguez (Defendant)** made application for admission into the United States from Mexico at the Otay Mesa Port of Entry via the primary vehicle lanes. Defendant was the driver and sole visible occupant of a stolen 1994 Dodge Laramie SLT. Defendant presented himself for inspection before a United States Customs and Border Protection (CBP) Officer and verbally claimed to be United States citizen. Defendant presented his valid Birth Certificate and California Identification Card and told the officer he was going to San Diego, California. Defendant stated the vehicle belonged to his friend and presented a valid California vehicle registration. The officer received two negative customs declarations from Defendant. The officer received a computer generated referral indicating the vehicle was stolen. The officer requested assistance from another officer who escorted Defendant to the security office for further inspection.

During a cursory inspection of the vehicle the officer discovered a person concealed in the engine compartment. CBP officers released a latch securing the hood and discovered a male adult lying in a fetal position with his head towards the firewall. The compartment was located on the passenger side of the engine. A plywood sheet was placed to create a wall between the engine and the compartment which was covered by gray cloth material. CBP officers removed the male from the engine compartment. The male was determined to be a citizen and native of Mexico with no entitlements to enter the United States. He was held as a Material Witness and is now identified as **Daniel Ramon SANCHEZ-Escalante (Material Witness)**.

During a videotaped interview, Defendant was advised of his Miranda rights. Defendant acknowledged his rights and elected to answer questions without an attorney present. Defendant admitted he was to be paid $500.00 U.S. dollars to drive the vehicle and smuggle the concealed alien into the United States. Defendant admitted knowledge of the location of the concealed alien in the engine compartment. Defendant stated the vehicle was given to him to be used for the smuggling act. Defendant admitted he was to deliver the vehicle to a pre-determined location in Chula Vista, California.

A videotaped interview was conducted with the Material Witness. Material Witness admitted he is a citizen of Mexico with no documents to lawfully enter the United States. Material Witness stated his father made arrangements with an unknown male in Mexico to be smuggled into the United States. Material Witness stated he was to pay a $4,500.00 U.S. dollars as a smuggling fee upon arrival in the United States. Material Witness stated he was going to Los Angeles, California to seek employment.